IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

_____

UNITED STATES OF AMERICA

v.                                               CASE NO. 2:19-CR-00009- KS-MTP

HOPE EVANGULANE THOMLEY
AND HOWARD RANDALL
THOMLEY

## **ORDER**

The Court [**grants**] Defendant's Joint Motion to File Under Seal Hope Thomley's Joint Motion to Continue [61]. The Joint Motion to Continue may be filed under seal.

SO ORDERED AND ADJUDGED this  24th  day of October, 2019.

                                                       /s/ Keith Starrett
                                                       KEITH STARRETT
                                                       UNITED STATES DISTRICT JUDGE